**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

William J. Cutrera
Attorney at Law
910 Ford St.
Lake Charles LA 70602-3273

**REHEARING ACTION: November 10, 2009**

**Docket Number: 09   00051-CA**

**LUCILLE MARIE MCCORMIC AND JASON RAY CRAFT**
**VERSUS**
**JUDITH ANN RIDER**

**Appealed from Calcasieu Parish Case No. 20061922**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. Oswald A. Decuir**
> **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lucille Marie McCormic** and **Jason Craft** has this day been

> **DENIED.**

cc: Todd Holman Melton, Counsel for the Appellant